## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSE L. LINARES, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 08-528 |
| | : | |
| GEOFFRY KOUEVI, | : | ORDER FOR CONTINUANCE |
| a/k/a "Kangni" | : | |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing), and defendant Geoffry Kouevi (Michael A. Baldassare, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow the defendant and the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations and finalize a plea agreement, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant having consented to the continuance in the above-captioned matter because he needs additional time to confer with counsel and review discovery; and it appearing that the defendant has waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and the United States and the defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this 2 day of Sept, 2008

ORDERED that the proceedings in the above-captioned matter are continued for the period of August 18, 2008 through October 6, 2008;

IT IS FURTHER ORDERED that the period between August 18, 2008 through October 6, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all motions shall be filed no later than October 6, 2008;

IT IS FURTHER ORDERED that any response motions shall be filed no later than October 20, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on November 3, 2008; and

IT IS FURTHER ORDERED that the trial in this matter will commence on November 17, 2008, in Newark, New Jersey.

HONORABLE JOSE L. LINARES
United States District Judge

Consented and Agreed to:

_____
Michael A. Baldassare, Esq.

_____
Shana W. Chen, AUSA