# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. JOSE L. LINARES, U.S.D.J. |
| v. | : | Crim. No. 08-528 |
| GEOFFRY KOUEVI, a/k/a "Kangni" | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing), and defendant Geoffry Kouevi (Michael A. Baldassare, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to allow the defendant and the Office of the United States Attorney for the District of New Jersey to conduct plea negotiations and finalize a plea agreement, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the defendant having consented to the continuance in the above-captioned matter because he needs additional time to confer with counsel and review discovery; and it appearing that the defendant has waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and the United States and the defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this 20 day of October, 2008

ORDERED that the proceedings in the above-captioned matter are continued for the period of October 20, 2008 through January 9, 2009;

IT IS FURTHER ORDERED that the period between October 20, 2008 through January 9, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all motions shall be filed no later than January 9, 2009;

IT IS FURTHER ORDERED that any response motions shall be filed no later than January 23, 2009;

IT IS FURTHER ORDERED that any replies shall be filed no later than January 30, 2009;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on February 6, 2009; and

IT IS FURTHER ORDERED that the trial in this matter will commence on March March 2, 2009, in Newark, New Jersey.

HONORABLE JOSE L. LINARES
United States District Judge

Consented and Agreed to:

_____
Michael A. Baldassare, Esq.

_____
Shana W. Chen, AUSA