UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 08-528 (JLL) |
| -vs- | **<u>ORDER</u>** |
| GEOFFRY KOUEVI,<br>a/k/a "Kangni Kouevi"<br><br>Defendant. | |

**THIS MATTER** having come before the Court on the request of defendant Geoffry Kouevi ("Defendant") by and through his counsel, Gibbons P.C., Michael A. Baldassare, Esq., appearing, for an extension of time to file pre-trial motions, and the United States Attorney's Office, Shana Chen, Assistant U.S. Attorney, appearing, having consented to the requested extension, and for good cause shown,

**IT IS** on this _12th_ day of January 2009,

**ORDERED** that Defendant's pre-trial motions shall be due on Tuesday, January 13, 2009.

_____
Honorable Jose L. Linares
United States District Judge