

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

| | | |
|---|---|---|
| Shana W. Chen<br>Assistant United States Attorney | 970 Broad Street, Suite 700<br>Newark, NJ 07102 | (973) 645-2700<br>Direct (973) 353-6095 |

January 21, 2009

The Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    United States of America v. Geoffry Kouevi
             Criminal No. 08-528 (JLL)

Dear Judge Linares:

      In light of the Superseding Indictment in <u>United States of America v. Akouavi Kpade Afolabi, et al</u>, Crim. No. 07-785 (JLL), which supersedes the above-referenced Indictment against defendant Geoffry Kouevi, I am requesting a one-week extension of time to file a response to defendant Geoffry Kouevi's Pretrial Motions to January 30, 3009. Counsel for defendant Geoffry Kouevi has consented to such an extension.

                                               Respectfully submitted,

                                               RALPH J. MARRA, JR.
                                               Acting United States Attorney

                                               By: Shana W. Chen
                                               Assistant U.S. Attorney

cc:    Michael A. Baldassare, Esq.

SO ORDERED:
                                 1-23-09