SWC\2008R00211

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 08-528 |
| GEOFFRY KOUEVI,<br>a/k/a "Kangni Kouevi" | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Federal Rule of Criminal Procedure 48(a) and by leave of Court as set forth below, the United States Attorney for the District of New Jersey hereby dismisses the Indictment, Crim. No. 08-528, against defendant Geoffry Kouevi, which Indictment was filed on July 29, 2008, charging the defendant with aiding and abetting another to possess, obtain, accept, and receive an immigrant visa for entry into and as evidence of authorized stay and employment in the United States, knowing that such document had been procured by means of false claims and statements, and to have been otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Sections 1546(a), 3238, and 2, because the charges have been superseded by the Superseding Indictment, Crim. No. 07-785 (JLL), which Superseding Indictment was filed on January 15, 2009.

This dismissal is without prejudice.

*[signature]*
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

---

HONORABLE JOSE L. LINARES
United States District Judge

Date: 1/27/09